COMPAGNIE FRANCAISE DES CABLES ·ELEGRAPHIQUES v. 60 BROAD STREET, INC.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the appellant's points to be filed on or before April 6, 1931. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ANTONIO BARTESELLA.— Motion to dismiss appeal granted unless appellant procure the record on appeal and appellant's points to be filed on or before May 26, 1931, with notice of argument for June 10, 1931. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

HINKLEY MOTORS AND PARTS CORPORATION v. THE GLOBE AND RUTGERS FIRE INSURANCE COMPANY.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure appellant's points to be filed on or before April 18, 1931, with notice of argument for May 5, 1931. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

SARA WELT KAKELS v. PHILIP POLLAK and Others.— Motion denied and stay vacated. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

FLORENCE CARR KINNE v. FRANCIS M. CAMERON.— Motion granted in so far as to extend the time of the appellant in which to file the record on appeal and the appellant's points to and including April 30, 1931. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of ABRAHAM MITCHELL v. INDEPENDENT BUKARESTER SICK AID ASSOCIATION.— Motion granted and appeals withdrawn. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

NATHAN L. OTTINGER and Others v. ARENAL REALTY Co., INC., and Others.— Preference granted for March 31, 1931. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of SECOND AVENUE RAILROAD CORPORATION for a Certiorari Order to Be Directed to WILLIAM G. FULLEN and Others. In the Matter of the Application of NEW YORK RAILWAYS CORPORATION for a Certiorari Order to Be Directed to WILLIAM G. FULLEN and Others.— Preference granted for March 31, 1931. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

JULIUS O. BERMAN v. PAUL A. MOSESIAN & SON, INC.— Motion denied and stay vacated. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

MAE L. BREARTON v. CORA E. DEWITT and HAROLD B. NILES, as Executors, etc.— Motion granted. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

WILLIAM J. HICKEY v. THOMAS J. WATERS.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant, within twenty days from service of order with notice of entry thereof, serve and file an undertaking with sufficient sureties, conditioned for the payment of the judgment appealed from in the event of affirmance thereof or other disposition of this appeal adverse to appellant. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

LOUIS SCHATZ and Another v. CHARLES CHRISTEL, as President, etc.— Motion denied, with leave to appellants to bring on the appeal for argument on short notice and to argue or submit the same for April 2, 1931. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.